DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MARTIN LUTHER SMYERS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

No. 2D23-1770

————————————————

January 31, 2024

Petition for Writ of Certiorari to the County Court for Pinellas County;
Brett Szematowicz, Judge.

Sara Mollo, Public Defender of Sixth Judicial Circuit, Peter Chan and
Randall Harper, Assistant Public Defenders, Clearwater, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, and David Campbell,
Assistant Attorney General of Tampa, for Respondent.


PER CURIAM.

    Dismissed.

NORTHCUTT, MORRIS, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.